■ In the Matter of KEVIN R. MITCHELL, Appellant, v STATE OF NEW YORK et al., Respondents.—Appeal from a judgment and order (one paper) of the Supreme Court, Suffolk County, dated April 18, 1978, dismissed as academic, without costs or disbursements. It was superseded by an order of the same court dated June 15, 1978, which, upon reargument, adhered to its original determination (see CPLR 5517). Order dated June 15, 1978 affirmed insofar as appealed from, without costs or disbursements. No opinion. Rabin, J. P., Cohalan, Margett and Gibbons, JJ., concur.